UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X        05 CV 0912 (NG) (JMA)
DANNY GONZALEZ,

                        **Plaintiff,**

      -against-                                          **ORDER**

BERKSHIRE TRIBECCA, LLC,

                        **Defendant.**
----------------------------------------------------------------X

**GERSHON, United States District Judge:**

      By stipulation dated May 16, 2005, so ordered by the court on May 17, 2005, the parties agreed to join a non-diverse defendant, depriving the court of subject matter jurisdiction over this case. Now, on consent of the parties and pursuant to 28 U.S.C. § 1447(e), this case is remanded to New York Supreme Court, Kings County. The Clerk of Court is directed to transfer the case files to that court.

                                                      **SO ORDERED.**

                                                       /S/
                                         **NINA GERSHON**
                                         **United States District Judge**

Dated:        Brooklyn, New York
                 June 2, 2005